RECEIVED
IN ALEXANDRIA, LA.
DEC 0 2 2009
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| KENNETH OWENS,<br>         Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. CV08-0768-A |
| VERSUS | |
| RICHARD L. STALDER,<br>         Defendant | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Stalder's motion for summary judgment (Doc. No. 7) is DENIED.

We further note that the document referenced in the Report and Recommendation as not in the record <u>is</u> there, although misfiled, all as observed by counsel for plaintiff (see Doc. Nos. 13 and 16).

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 2ND day of December, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE