RECEIVED

MAY 15 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| KENNETH OWENS,<br>      Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. CV08-0768-A |
| VERSUS | |
| RICHARD L. STALDER<br>      Defendant | JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the motion for summary judgment (Doc. 56) filed by defendants Harris, Heyse, and Smiley is GRANTED, Owens' partial motion for summary judgment (Doc. 59) against Harris, Heyse, and Smiley is DENIED, and Owens' action against Harris, Heyse, and Smiley is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the motion for summary judgment filed by defendants Stalder, Goines, Elkins, and Slay (Doc. 47) is DENIED on the issue of Owens' entitlement to good time credits.

IT IS FURTHER ORDERED that the motion for judgment on the pleadings filed by defendants Stalder, Goines, Elkins, and Slay (Doc. 62) is DENIED AND DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the motion for summary judgment filed by defendants Stalder, Goines, Elkins, and Slay (Doc. 47) and Owens' cross-motion for partial summary judgment (Doc. 59) against

those defendants, are DENIED on the Section 1983 issue of false imprisonment.

IT IS FURTHER ORDERED that the motion for summary judgment filed by defendants Stalder, Goines, Elkins, and Slay (Doc. 47) is DENIED, and Owens' cross-motion for partial summary judgment (Doc. 59) against Stalder, Goines, Elkins, and Slay is also DENIED, on the Louisiana state law issues of false imprisonment, negligence, and supervisory liability.

IT IS FURTHER ORDERED that the motion for summary judgment filed by defendants Stalder, Goines, Elkins, and Slay (Doc. 47) is GRANTED, Owens' cross-motion for partial summary judgment (Doc. 59) is DENIED, and Owens' Louisiana state law actions against Stalder, Goines, Elkins, and Slay for abuse of process and intentional infliction of emotional distress are DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 15th day of May, 2012.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE