UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **KENNETH OWENS** | **CIVIL ACTION NO. 1:08-CV-00768** |
| **VERSUS** | **JUDGE JAMES T. TRIMBLE, JR** |
| **RICHARD L. STALDER, ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

JOINT MOTION AND ORDER FOR
JUDGMENT OF DISMISSAL

**NOW INTO COURT**, through undersigned counsels, come plaintiffs, **KENNETH OWENS** and defendants, **Richard L. Stalder, Former Secretary of the Louisiana Department of Public Safety and Corrections, in his individual capacity, Secretary James LeBlanc, in his official capacity, Henry Goines, (Retired), Rodney Slay and Janice Elkins,** employees of the **Louisiana Department of Public Safety and Corrections,** (hereinafter referred to as "the State"), in the above-numbered and entitled cause and on suggesting to the Court that all matters of controversy involved or connected in any way to the subject matter of this litigation between **Richard L. Stalder, Former Secretary of the Louisiana Department of Public Safety and Corrections, in his individual capacity, Secretary James LeBlanc, in his official capacity, Henry Goines, (Retired), Rodney Slay and Janice Elkins,** employees of the **Louisiana Department of Public Safety and Corrections**, and the plaintiffs have been compromised and settled and, therefore, this civil suit should accordingly be dismissed with prejudice, as to the claims against the defendants, **Richard L. Stalder, Former Secretary of the Louisiana Department of Public Safety and Corrections, in his individual capacity, Secretary James LeBlanc, in his**

**official capacity, Henry Goines, (Retired), Rodney Slay and Janice Elkins,** employees of the **Louisiana Department of Public Safety and Corrections,** with each party to bear their own cost.

**IT IS ORDERED BY THE COURT** that the above-entitled and numbered cause be and is hereby dismissed with prejudice as to the claims against the defendants, **Richard L. Stalder, Former Secretary of the Louisiana Department of Public Safety and Corrections, in his individual capacity, Secretary James LeBlanc, in his official capacity, Henry Goines, (Retired), Rodney Slay and Janice Elkins,** employees of the **Louisiana Department of Public Safety and Corrections,** subject to the non-retaliation and completion of sentence provisions of the receipt and release, with each party to bear their own cost.

**THUS DONE AND SIGNED** at Monroe, Ouachita Parish, Louisiana this _____ day of _____, 2016.

_____
**UNITED STATES DISTRICT COURT JUDGE**
**WESTERN DISTRICT – ALEXANDRIA DIVISION**

Respectfully Submitted:

**JEFF LANDRY**
**ATTORNEY GENERAL**

/s/ Nelson W. Cameron
Nelson W. Cameron
Attorney At Law
675 Jordan Street
Shreveport, Louisiana 71101
Phone:  (318) 226-0111
Fax:     (318) 226-0760
(Attorney for Plaintiff)

By: /s/ C. Bryan Racer
C. Bryan Racer, #24196
Assistant Attorney General
Louisiana Department of Justice
Litigation Division – Monroe Regional Office
130 DeSiard Street, Suite 812
Monroe, LA 71201
PH: (318) 362-5250
FAX: (318) 362-5259
Email: racerc@ag.louisisan.gov
(Attorney for Defendants)

Case 1:08-cv-00768-JTT-JPM Document 181 Filed 11/09/16 Page 3 of 3 PageID #: 2919